MARY A. CORBETT, as Administratrix of THOMAS CORBETT, Deceased, Appellant, *v.* THE BROOKLYN, BATH AND WEST END RAILROAD COMPANY, Respondent.

*Corbett* v. *Brooklyn, Bath & W. E. R. R. Co.*, 84 Hun, 375, affirmed.
(Argued December 2, 1897; decided December 17, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered December 21, 1896, upon an order which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Circuit.

*Thomas F. Magner* for appellant.

*James R. Soley* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except HAIGHT, J., absent.

---

EXCELSIOR STEAM POWER COMPANY et al., Appellants, *v.* THE COSMOPOLITAN PUBLISHING COMPANY, Respondent.

*Excelsior Co.* v. *Cosmopolitan Co.*, 80 Hun, 592, reversed.
(Argued December 14, 1897; decided December 17, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the first judicial department, entered October 26, 1894, which reversed a judgment in favor of plaintiffs entered upon the report of a referee and granted a new trial.

*Alfred G. Reeves* for appellants.

*William L. Findley* for respondent.

Order of General Term reversed and judgment entered on report of referee affirmed, with costs, upon opinion of FOLLETT, J., below.
Concur: ANDREWS, Ch. J., O'BRIEN, BARTLETT and MARTIN, JJ.
Dissent: GRAY, HAIGHT and VANN, JJ.